IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRICE, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-01391-AWI-SMS-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF FEBRUARY 4, 2010<br>(Doc. 9.)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br>(Doc. 1) |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On February 4, 2010, the undersigned issued findings and recommendations to dismiss this action for plaintiff's failure to obey a court order requiring him to either file an amended complaint or notify the court he is willing to proceed on the claims found cognizable by the court. (Doc. 9.) On February 16, 2010, plaintiff filed objections to the findings and recommendations, claiming that he never received the findings and recommendations, and indicating he is willing to proceed on the cognizable claims. (Doc. 10.) Good cause appearing, the court shall vacate the findings and recommendations.

Plaintiff filed this action on September 21, 2007. On December 2, 2009, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for

relief under section 1983 against defendants Price, B. S. Vikjard, M. Castro, R. Pinzon, and K. Frescura for retaliation and for refusing to mail plaintiff's correspondence and art, in violation of the First Amendment.  (Doc. 8.)  Plaintiff was given leave to either file an amended complaint or notify the court that he is agreeable to proceeding only with the claims found cognizable by the Court.  (Doc. 9.)  Plaintiff filed written notice to the court that he wishes to proceed only on the claims found cognizable by the Court.  (Doc. 10.)[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations of February 4, 2010 are VACATED;
2. Service is appropriate for the following defendants:

    PRICE

    B. S. VIKJARD

    M. CASTRO

    R. PINZON

    K. FRESCURA

3. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 21, 2007 (Doc. 1.).
4. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:
    a. Completed summons;
    b. One completed USM-285 form for each defendant listed above; and

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claims for theft of personal property, verbal harassment, forced medication, denial of showers, conspiracy, supervisory liability, and improper inmate appeals be dismissed for failure to state a claim upon which relief may be granted under section 1983.  In addition, the Findings and Recommendations recommended dismissal of defendants E. Castro, Warden Darrel Adams, J. Munoz, and Kelley, for failure to state any claims against them upon which relief can be granted under section 1983.

        c.     Six (6) copies of the endorsed complaint filed September 21, 2007.

5.     Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   February 18, 2010**　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE