IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:07-cv-01391-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 12) |
| vs. | |
| PRICE, et al., | ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS PRICE, FRESCURA, VIKJORD, PINZON, AND M. CASTRO, ON PLAINTIFF'S FIRST AMENDMENT CLAIMS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |
| _____/ | |

Michael Gonzales ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 18, 2010, findings and recommendations were entered, recommending that this action proceed only against defendants Price, K. Frescura, B.S. Vikjord, M. Castro, and R. Pinzon on plaintiff's First Amendment claims, and all other claims and defendants be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

          Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on February 18, 2010, are adopted in full;

    2. This action now proceeds only against defendants Price, K. Frescura, B.S. Vikjord, M. Castro, and R. Pinzon, on plaintiff's claims for retaliation and for refusal to mail his correspondence, in violation of the First Amendment;

    3. All remaining claims and defendants are dismissed from this action;

    4. Plaintiff's claims for theft of personal property, verbal harassment, forced medication, denial of showers, conspiracy, supervisory liability, and improper inmate appeals are dismissed for failure to state a claim upon which relief may be granted under section 1983;

    5. Defendants E. Castro, J. Munoz, Warden Darrel Adams, and Kelley are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them; and

    6. The Clerk is directed to reflect the dismissal of defendants E. Castro, J. Munoz, Warden Darrel Adams, and Kelley from this action on the court's docket.

IT IS SO ORDERED.

**Dated:   April 5, 2010**                **/s/ Anthony W. Ishii**
                                                 CHIEF UNITED STATES DISTRICT JUDGE