1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9     MICHAEL GONZALES,                     CASE NO. 1:07-cv-01391-AWI-SMS PC

10                 Plaintiff,          ORDER REQUIRING PLAINTIFF TO FILE

                                   RESPONSE TO DEFENDANTS' MOTION TO

11     v.                             DISMISS

12     PRICE, et al.,                     (Doc. 17)

13                 Defendants.

14     _____/

15         Plaintiff Michael Gonzales, a state prisoner proceeding pro se, filed this civil rights action

16 on September 21, 2007.  On June 1, 2010, Defendants filed a motion to dismiss.  Plaintiff failed to

17 file an opposition or a statement of non-opposition to the motion.  Local Rule 230(l).

18         Accordingly, it is HEREBY ORDERED that:

19     1.     Plaintiff shall file an opposition or a statement of non-opposition to Defendants'

20            motion to dismiss within **thirty (30) days** from the date of service of this order; and

21     2      The failure to respond to Defendants' motion in compliance with this order will

22            result in dismissal of this action, with prejudice, for failure to prosecute.

23

24 IT IS SO ORDERED.

25 **Dated:**   **July 13, 2010**                 **/s/ Sandra M. Snyder**

                                     UNITED STATES MAGISTRATE JUDGE

26
27
28