IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:07-cv-01391-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| PRICE, et al., | |
| Defendants. | (Docs. 23 and 24) |
| | ORDER STRIKING MOTION TO WAIVE COURT FEES |
| _____/ | (Doc. 22) |

On August 18, 2010, Plaintiff filed two separate motions to extend time to file a response to Defendants' motion to dismiss. Plaintiff also filed a motion to waive court fees, using a Judicial Council of California form.

Plaintiff is GRANTED **thirty (30) days** from the date of service of this order within which to file a response to Defendants' motion to dismiss. Fed. R. Civ. P. 16(b)(4).

Plaintiff's motion to waive court fees is STRICKEN. Plaintiff was granted leave to proceed in forma pauperis on November 8, 2007, and no further request to proceed without cost is necessary at this time.

IT IS SO ORDERED.

Dated:   August 20, 2010           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE