# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>       Plaintiff,<br><br>   v.<br><br>PRICE, et al.,<br><br>       Defendants. | CASE NO. 1:07-cv-01391-AWI-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE<br><br>(ECF No. 50) |

   Plaintiff Michael Gonzales, a state prisoner proceeding pro se and in forma pauperis, originally filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2007, and a scheduling order was issued January 7, 2011. (ECF Nos. 1 & 34.) This action is currently in the discovery phase, and on July 22, 2011, Defendants filed a request seeking permission to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

   Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   July 26, 2011

UNITED STATES MAGISTRATE JUDGE

1