# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>        Plaintiff,<br><br>   v.<br><br>PRICE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO.   1:07-cv-01391-AWI-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS<br><br>(ECF Nos. 41, 45, & 57) |

**ORDER**

Plaintiff Michael Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Complaint, filed September 21, 2007, against Defendants Price, Frescura, Vikjord, Castro, and Pinzon. (ECF No. 1.) Because Plaintiff qualified for in forma paurperis status, service without prepayment of costs was ordered on March 10, 2010. (ECF No. 14.)

On March 31, 2011, Plaintiff filed a Motion requesting a certified waiver of court fees and costs and summons certified by the court to serve motions. (ECF No. 41.) On July 13, 2011, Plaintiff filed a Motion requesting that discovery materials be served on

1  Defendants by the United States Marshal.  (ECF No. 45.)  On August 18, 2011, Plaintiff
2  filed a Motion again requesting that discovery materials be served on Defendants.  (ECF
3  No. 57.)
4
5       As to Plaintiff's request for a certified copy of waiver, the Clerk's Office does not
6  provide free copies of documents to parties.  Second, because Plaintiff qualified for IFP
7  status, he does not need to serve any motion on Defendants.  They are receiving all filings
8  made by Plaintiff.  Accordingly, Plaintiff's Motion is DENIED.
9       As to Plaintiff's requests for service of discovery materials on Defendants, the Court
10 notes that discovery is between the parties.  Fed. R. Civ. 26; see also Local Rules 250.1
11 through Rule 250.4.  It is improper for the Court to serve discovery for Plaintiff.  It is
12 Plaintiff's responsibility to serve discovery.  Accordingly, Plaintiff's Motions are DENIED.
13
14 IT IS SO ORDERED.
15 Dated:   September 2, 2011
16                                                        UNITED STATES MAGISTRATE JUDGE