UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>            Plaintiff,<br><br>      v.<br><br>PRICE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-01391-AWI-GBC (PC)<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S' MOTIONS<br><br>DEFENDANTS' RESPONSE DUE BY 9/19/2011 |

**ORDER**

On July 13, 2011, Plaintiff filed a Motion for Discovery. (ECF No. 46.) On August 12, 2011, Plaintiff filed a Motion to Compel and, on August 18, 2011 he field a Motion for Discovery. (ECF Nos. 53 & 58.) Defendants have not responded to any of the Motions.

In several of the Motions, Plaintiff appears to be alleging that discovery is not occurring properly. The Court would like Defendants to respond specifically to this allegation along with all other allegations regarding discovery in Plaintiff's Motions.

Accordingly, not later than **September 19, 2011**, Defendants must file a response to Plaintiff's discovery motions.

IT IS SO ORDERED.

Dated:   September 2, 2011

UNITED STATES MAGISTRATE JUDGE