# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO.   1:07-cv-01391-AWI-GBC (PC) |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (ECF Nos. 47 & 56) |
| PRICE, et al., | |
| Defendants. | |

**ORDER**

Plaintiff Michael Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are two Motions to Exclude Evidence, filed July 13, 2011 and August 23, 2011. (ECF Nos. 47 & 56.)  In the Motions, Plaintiff requests that his prior convictions, priors that were reversed, CDCR 115 rule violations not associated with these Defendants, CDCR 128 chronos, psychological evaluations, criminal history, all reports that intend to discredit Plaintiff's testimony at trial, certain case law, among other things be excluded.

///

As this case has not proceeded to the trial phase yet, these requests are unnecessary at this time. Thus, the Motions are DENIED.

IT IS SO ORDERED.

Dated: September 21, 2011

UNITED STATES MAGISTRATE JUDGE