# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO.   1:07-cv-01391-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| PRICE, et al., | (Doc. 76) |
| Defendants. | DISPOSITIVE MOTIONS DUE FORTY-FIVE DAYS FOLLOWING COURT'S RULING ON PENDING DISCOVERY MOTIONS |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 2, 2011, Defendants filed a motion to modify scheduling order to extend the dispositive motions deadline. Doc. 76. On January 7, 2011, the Court issued a scheduling order setting the dispositive motions deadline for November 17, 2011. Doc. 34. Defendants request to extend the dispositive motions deadline to forty-five days following the Court's ruling on the eight pending discovery motions. *See* Docs. 46, 53, 58, 63, 64, 65, 66, 67. Modification of schedule requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). Good cause having been presented to the court, IT IS HEREBY ORDERED that:

///
///
///
///
///
///

1   Defendants' motion to modify scheduling order is GRANTED. Dispositive motions shall be
2 filed no later than forty-five days following the Court's ruling on the eight pending discovery
3 motions.

4

5 IT IS SO ORDERED.

6
7 Dated:    November 7, 2011                               UNITED STATES MAGISTRATE JUDGE